UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PALMER HAMILTON, LLC,

    Plaintiff,

v.

AMTAB MANUFACTURING CORPORATION,

    Defendant.

Case No.: 3:16-CV-522

## **ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal with Prejudice of all claims asserted by Palmer Hamilton, LLC against AmTab Corporation in his case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Palmer Hamilton, LLC against AmTab Manufacturing Corporation are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated this \_\_\_\_ day of _____, 20\_\_\_.

_____
United States District Judge